UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Erica Berg,<br>　　　Plaintiff<br>v.<br>Michael Sorbo,<br>　　　Defendant. | **DISTRICT** Connecticut | **DOCKET NUMBER**<br>No. 3:12 CV-228(mps) |
| | **JUDGE**<br>Michael P. Shea | **APPELLANT**<br>Defendant Michael Sorbo |
| | **COURT REPORTER**<br>N/A | **COUNSEL FOR APPELLANT**<br>John F. Conway |

Check the applicable provision:

[ ] I am ordering a transcript.

[X] I am not ordering a transcript

Reason for not ordering a transcript:

[ ] Copy is already available

[X] No transcribed proceedings

[ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**    [ ] Funds    [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

[ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

[ ] PREPARE TRANSCRIPT OF TRIAL

[ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

[ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>*/s/ John F. Conway* | DATE<br>5/12/2014 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |