

**John F. Conway**

203.265.2035 PHONE
203.269.3487 FAX
jconway@lflaw.com EMAIL

150 South Main Street
Wallingford, CT 06492
www.lflaw.com

*FILED ELECTRONICALLY*

May 13, 2014

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE:   *Berg v. Sorbo*, Court of Appeals Docket Number: 14-1208
      Request re. Deadline for Defendant-Appellant's Brief Pursuant to LR 31.2(a)(1)(A)

Dear Sir or Madam:

The undersigned represents Defendant-Appellant, Michael Sorbo, in the above-referenced appeal, now pending before the Court.

Pursuant to Local Rule 31.2(a)(1)(A), the Defendant-Appellant, Michael Sorbo, hereby requests that the deadline for his brief be scheduled for **Friday July 25, 2014**. The foregoing requested deadline of July 25, 2014 is within ninety (91) days of the filing of the certificate that no transcript will be ordered, which was May 13, 2014. As a result, this request complies with the applicable requirements of Local Rule 31.2(a)(1)(A).

With appreciation for your consideration of this request,

*Respectfully submitted*,

Defendant-Appellant, Michael Sorbo

By: _____
    John F. Conway
    Attorney for Michael Sorbo

cc: Glenn M. Conway, Esq.