UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of May, two thousand and fourteen,

_____

| | |
|---|---|
| Erica Berg, | **ORDER** |
|         Plaintiff - Appellee, | Docket No: 14-1208 |
| v. | |
| Michael Sorbo, | |
|         Defendant - Appellant, | |
| John Miller, Officer, Frank Montagna, Sergeant, Leonard Gallo, Emerman, Officer, Finoia, Officer, Kattis, Sergeant, John Doe, Unknown Officers, Joseph Maturo, Mayor, Town of East Haven, CT, | |
|         Defendants. | |

_____

Counsel for Appellant Michael Sorbo has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 25, 2014 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before July 25, 2014. The appeal is dismissed effective July 25, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

> For The Court:
>
> Catherine O'Hagan Wolfe,
> Clerk of Court

